### DEBORAH MALASKY *v.* METAL PRODUCTS CORPORATION ET AL.

Defendant Sidney Greenberg's petition for certification for appeal from the Appellate Court, 44 Conn. App. 446 (AC 15361), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Robert L. Hirtle* and *Brendan T. Flynn,* in support of the petition.

Decided May 29, 1997

### CLAIROL, INC. *v.* ENERTRAC CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 506 (AC 15402), is denied.

*Ernest J. Mattei, Philip S. Wellman* and *David C. Robinson,* in support of the petition.

*Lawrence J. Golden,* in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 588 (AC 14888), is granted, limited to the following issue: